FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 3 2020

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:20-CR- 47 |
| | § | Judge Heartfield |
| NICKOLAS PAUL SMITH | § | |
| aka NICHOLAS PAUL SMITH | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 841
> Possession with intent to
> distribute a controlled substance
> containing a detectable amount of
> methamphetamine (actual)

On or about February 15, 2020 in the Eastern District of Texas, **Nickolas Paul Smith, aka Nicholas Paul Smith**, defendant, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a Schedule II controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine "actual."

All in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2.

## Criminal Forfeiture Pursuant to 21 U.S.C.§ 853

Upon conviction of the controlled substance offense alleged in Count One, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

## MONEY JUDGMENT

A sum of money equal to **one thousand** dollars ($1,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, possession with intent to distribute a Schedule II controlled substance, namely 50 grams or more of "actual" methamphetamine for which the defendant is personally liable for the approximate amount shown below:

**Nickolas Paul Smith**  $1,000.00
**aka Nicholas Paul Smith**

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____  6/3/2020
Joseph R. Batte  Date
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:20-CR-47 |
| | § | |
| NICKOLAS PAUL SMITH | § | |
| aka NICHOLAS PAUL SMITH | § | |

## NOTICE OF PENALTY

### Count One

<u>Violation</u>: 21 U.S.C. § 841(a)(1)

<u>Penalty</u>: (50 grams or more of a mixture or substance containing methamphetamine "actual")
Imprisonment for not less than ten (10) years nor more than life, a fine not to exceed $10,000,000.00, or both, and a term of supervised release of not less than five (5) years.

<u>Special Assessment</u>: $100.00

3